**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Hoychick, Jr.
Cotton, Bolton, Hoychick
P. O. Box 857
Rayville LA 71269

<div style="border:1px solid black">

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on March 15, 2023

</div>

**REHEARING ACTION: March 15, 2023**

**Docket Number: 22   00532-CA**

**DAVID FAULKNER AND AMY FAULKNER**
**VERSUS**
**MEGAN ELIZABETH TYLER, ET AL.**

**Appealed from Rapides Parish Case No. 269572**

**BEFORE JUDGES:**

    **Hon. Van H. Kyzar**
    **Hon. Wilbur L. Stiles**
    **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Faulkner** and **Amy Faulkner** has this day been

    **DENIED.**

cc: Tracy L. Oakley, Counsel for the Appellee
    William P. Worsley, Counsel for the Appellant
    Jeffrey Scott Ingram, Counsel for the Appellee